IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:008-MJ-218 DLB |
| | ) | |
| Plaintiff, | ) | ORDER UNSEALING COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK BERTAO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings to be unsealed for use against the defendant who have been arrested,

IT IS SO ORDERED, that the complaint previously filed with this Court under <u>seal</u> shall be unsealed.

DATED: September 8, 2009           /s/ Gary S. Austin
                                   Honorable Gary S. Austin
                                   U.S. Magistrate Judge

1