Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BERTAO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION REGARDING CONDITIONAL RELEASE** |

　　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that defendant Frank Bertao not be required to file a $50,000 property bond as a condition of his continued release from custody.

.Dated: September 18, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Frank Bertao


Dated: September 18, 2009　　　　　　　　　　/s/ Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　　Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　**IT IS SO ORDERED**

Dated:　September 23, 2009　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Gary S. Austin

1

PDF created with pdfFactory trial version www.pdffactory.com