Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | ) Case No.: 1:09-cr-00370 OWW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK BERTAO, | ) |
| | ) |
| Defendant | |

ORDER

IT IS ORDERED that the January 11, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on March 8, 2010 at 9:00 a.m.


Date: __January 7, 2010                    _OLIVER W. WANGER_____
                                            Hon. Oliver W. Wanger
                                            U.S. District Judge

1

PDF created with pdfFactory trial version www.pdffactory.com