Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANK BERTAO,<br><br>  Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION REGARDING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from March 8, 2010, at 9:00 a.m., to April 19, 2010, at 9:00 a.m.

.

Dated:  March 4, 2010                    Respectfully submitted,

                                         /s/ Jeffrey T. Hammerschmidt
                                         Jeffrey T. Hammerschmidt
                                         Attorney for Defendant,
                                         Frank Bertao


Dated:  March 4, 2010                    /s/ Kathleen Servatius
                                         Kathleen Servatius
                                         Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cr-00370 OWW |
| Plaintiff, ) | |
| vs. ) | |
| FRANK BERTAO, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the March 8, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on April 19, 2010 at 9:00 a.m.

Date:  3/5/2010                              /s/ OLIVER W. WANGER
                                             Hon. Oliver W. Wanger
                                             U.S. District Judge

2