Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BERTAO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION AND ORDER**<br>**CONTINUING SENTENCING** |

　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from April 19, 2010, at 9:00 a.m., to June 28, 2010, at 9:00 a.m.

Dated: April 13, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　Frank Bertao

Dated: April 13, 2010　　　　　　　　　　/s/ Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated:   **April 13, 2010**                          **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

2