Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BERTAO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION REGARDING SENTENCING DATE** |

　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from June 28, 2010, at 9:00 a.m. to August 30, 2010 at 9:00 a.m.

　　　Dated: June 22, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Frank Bertao

　　　Dated: June 22, 2010　　　　　　　　　　/s/ Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　　　Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00370 OWW |
| Plaintiff, | |
| vs. | |
| FRANK BERTAO, | |
| Defendant | |

ORDER

IT IS ORDERED that the June 28, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on August 30, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **June 22, 2010**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE