Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BERTAO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION REGARDING**<br>**SENTENCING DATE AND ORDER** |

　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from August 30, 2010 at 9:00 a.m. to November 22, 2010 at 9:00 a.m.

　　　Dated: August 26, 2010　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Frank Bertao

　　　Dated: August 26, 2010　　　　　　　　/s/ Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　　　Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BERTAO,<br><br>    Defendant | Case No.: 1:09-cr-00370 OWW |

ORDER

IT IS ORDERED that the August 30, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on November 22, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **August 26, 2010**              **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE