Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BERTAO,<br><br>Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL TO LAS VEGAS, NEVADA, OCTOBER 29, 2010 THROUGH NOVEMBER 6, 2010** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that Mr. Bertao shall be allowed to travel to Las Vegas for a work-related event October 29, 2010 through November 6, 2010.

The show is called Sema and will take place November 2, 2010 through November 5, 2010. The event website is www.semashow.com. Mr. Bertao must travel to Las Vegas on

//
//
//
//
//
//
//

October 29 so he can set up the booth at 9 a.m. on October 30.  His booth number is 33181.  Mr. Bertao will be staying at the Las Vegas Luxor Hotel.

Dated: October 20, 2010                                          Respectfully submitted,

                                                                 /s/ Jeffrey T. Hammerschmidt
                                                                 Jeffrey T. Hammerschmidt
                                                                 Attorney for Defendant,
                                                                 Frank Bertao


Dated: August 26, 2010                                           /s/ Kathleen Servatius
                                                                 Kathleen Servatius
                                                                 Assistant U.S. Attorney


IT IS SO ORDERED.

    Dated:   **October 21, 2010**                         **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

2