Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BERTAO,<br><br>    Defendant | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION REGARDING SENTENCING DATE ; ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from November 22, 2010 at 9:00 a.m. to February 28, 2011 at 9:00 a.m.

Dated: November 15, 2010         Respectfully submitted,

                                 /s/ Jeffrey T. Hammerschmidt
                                 Jeffrey T. Hammerschmidt
                                 Attorney for Defendant,
                                 Frank Bertao

Dated: November 15, 2010         /s/ Kathleen Servatius
                                 Kathleen Servatius
                                 Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK BERTAO,<br><br>   Defendant | Case No.: 1:09-cr-00370 OWW |

ORDER

  IT IS ORDERED that the November 22, 2010 sentencing date be vacated.

  IT IS ORDERED that the sentencing will now occur on February 28, 2011 at 9:00 a.m.

Dated: November 19, 2010   /s/ OLIVER W. WANGER
                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com