Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:09-cr-00370 OWW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER REGARDING SENTENCING DATE** |
| FRANK BERTAO, | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from February 28, 2011 at 9:00 a.m. to June 27, 2011 at 9:00 a.m.

Dated: February 16, 2011                    Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
Frank Bertao

Dated: February 16, 2011                    /s/ Kathleen Servatius
Kathleen Servatius
Assistant U.S. Attorney

ORDER

IT IS ORDERED that February 28, 2011 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on June 27, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 16, 2011**                          **/s/ Oliver W. Wanger**
                                                                           UNITED STATES DISTRICT JUDGE