Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>        Plaintiff,  )<br>                    )<br>    vs.             )<br>                    )<br> FRANK BERTAO,       )<br>                    )<br>        Defendant   ) | Case No.: 1:09-cr-00370 OWW<br><br>**STIPULATION REGARDING SENTENCING** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing be continued from June 27, 2011, at 9:00 a.m., to January 9, 2012, at 9:00 a.m.

Dated:  June 21, 2011               /s/ Kathleen Servatius
                                    Kathleen Servatius
                                    Assistant U.S. Attorney


Dated:  June 21, 2011               /s/ Jeffrey T. Hammerschmidt
                                    Jeffrey T. Hammerschmidt
                                    Attorney for Defendant,
                                    Frank Bertao

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>FRANK BERTAO,<br>　　　　Defendant | Case No.: 1:09-cr-00370 OWW |

ORDER

　　IT IS ORDERED that the June 27, 2011 sentencing date be vacated.

　　IT IS ORDERED that the sentencing will now occur on January 9, 2012 at 9:00 a.m.

Date:  June 24, 2011　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com