Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #79822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BERTAO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00370<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL TO LAS VEGAS, NEVADA, OCTOBER 29, 2011 THROUGH NOVEMBER 6, 2011** |

　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that Mr. Bertao shall be allowed to travel to Las Vegas for a work-related event October 29, 2011 through November 5, 2011.

　　The show is called Sema and will take place November 1, 2011 through November 4, 2011. The event website is www.semashow.com. Mr. Bertao must travel to Las Vegas on

//

//

//

//

//

//

1

October 29 so he can set up the booth at 9 a.m. on October 30.  His booth number is 33181.  Mr. Bertao will be staying at the Las Vegas Luxor Hotel.

Dated: October 4, 2011                                     Respectfully submitted,

                                                                  /s/ Jeffrey T. Hammerschmidt
                                                                  Jeffrey T. Hammerschmidt
                                                                  Attorney for Defendant,
                                                                  Frank Bertao

Dated: October 4, 2011                                     /s/ Kathleen Servatius
                                                                  Kathleen Servatius
                                                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **October 5, 2011**                                  **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE