Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-cr-00370 LJO |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SENTENCING DATE** |
| FRANK BERTAO, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from October 15, 2013 at 9:00 a.m. to December 16, 2013 at 9:00 a.m.

Dated: October 10, 2013    Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
Frank Bertao

Dated: October 10, 2013    /s/ Kathleen Servatius
Kathleen Servatius
Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-cr-00370 LJO |
| Plaintiff, ) | |
| vs. ) | |
| FRANK BERTAO, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that October 15, 2013 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on December 16, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 10, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2