Jeffrey T. Hammerschmidt, #131113
Mark Broughton, #079822
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANK BERTAO,<br><br>  Defendant. | **1:09-cr-00370 LJO**<br><br>**STIPULATION ALLOWING DEFENDANT TO TRAVEL TO LAS VEGAS, NEVADA, NOVEMBER 2, 2013 THROUGH NOVEMBER 9, 2013 AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that Mr. Bertao shall be allowed to travel to Las Vegas for a work-related event November 2, 2013 through November 9, 2013.

The show is an automotive specialty products trade event called SEMA, and it will take place November 5, 2013 through November 8, 2013. The event website is www.semashow.com. Mr. Bertao must travel to Las Vegas on November 2, 2013 so that he can set up his company's booth beginning at 9:00 a.m. on November 3, 2013. His company's booth number is 32195. He

will be the main spokesperson for the company throughout the event.  Mr. Bertao will be staying at the Las Vegas Luxor Hotel.

Dated: October 22, 2013                                          Respectfully submitted,


                                                                 /s/ Jeffrey T. Hammerschmidt
                                                                 Jeffrey T. Hammerschmidt
                                                                 Attorney for Defendant,
                                                                 Frank Bertao


Dated: September 28, 2012                                        /s/ Kathleen Servatius
                                                                 Kathleen Servatius
                                                                 Assistant U.S. Attorney


IT IS SO ORDERED.

    Dated:   **October 23, 2013**                            **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE