Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:09-CR-00370 |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SENTENCING DATE** |
| FRANK BERTAO, | |
| Defendant | |

After further discussions between counsel, Defendant hereby withdraws previously filed Stipulation and Proposed Order regarding sentencing date.

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the Sentencing hearing be continued from February 10, 2014 at 9:00 a.m. to February 24, 2014 at 9:00 a.m.

Dated: February 6, 2014          Respectfully submitted,

                                 /s/ Jeffrey T. Hammerschmidt
                                 Jeffrey T. Hammerschmidt
                                 Attorney for Defendant, Frank Bertao

Dated: February 6, 2014          /s/ Kathleen Servatius
                                 Kathleen Servatius, Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 7, 2014_____    /s/ Lawrence J. O'Neill_____
                                 U.S. District Judge

1