BENJAMIN B. WAGNER
United States Attorney
United States District Judge
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>FRANK BERTAO,<br><br>                    Defendant. | CASE NO. 1:09-CR-00370 LJO<br><br>ORDER PERMITTING GOVERNMENT TO FILE SENTENCING MEMORANDUM UNDER SEAL<br><br>DATE: February 24, 2014<br>TIME: 11:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file its sentencing memorandum under seal until further order of the Court, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:   **February 19, 2014**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE